# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-65 |
| vs. | Judge Timothy S. Black |
| BILLY GRAY, | |
| Defendant. | |

## ORDER TO RELEASE DEFENDANT TO INPATIENT TREATMENT

This case is before the Court on Defendant's unopposed post-revocation memorandum. (Doc. 20). Specifically, on December 17, 2020, this Court addressed Defendant's most recent bond violations, and subsequently revoked Defendant's bond. (Min. Entry, Dec. 17, 2020). The Court, however, offered Defendant an opportunity to submit a memorandum to seek reconsideration as to revocation and/or to assist the Court as to whether to accept the parties' Rule 11(c)(1)(C) plea agreement. (*Id.*)

On December 21, 2020, Defendant filed a memorandum, proposing that the Court release him on bond, in order to allow him to seek inpatient alcohol treatment and "to prove to the Court that [Defendant] intends to make positive change prior to continued proceedings in this matter [*i.e.*, sentencing]." (Doc. 20 at 2). Defendant notes that the Pretrial Officer has secured placement for him in an inpatient treatment facility, beginning on December 29, 2020. Accordingly, Defendant requests that the Court release him on the morning of December 29, 2020, so that he may attend and participate in the inpatient alcohol treatment program.

The Court finds that Defendant's proposal is well-taken and, accordingly, the request is GRANTED.  Specifically, the Court ORDERS as follows:

(1) Defendant BILLY GRAY, who is currently detained at Butler County Jail in the custody of the U.S. Marshals, SHALL be released **on December 29, 2020 at 9:00 a.m.**

(2) Immediately upon his release, and before leaving the jail facility, Defendant Billy Gray SHALL meet with his Pretrial Officer Matt Campbell.  Officer Campbell will be present at the Butler County Jail and awaiting Defendant's release.  The Pretrial Officer SHALL place Defendant on GPS monitoring before Defendant departs from the Butler County Jail.

(3) Upon his release, and after he has met with his Pretrial Officer to be placed on GPS monitoring, Defendant Billy Gray SHALL proceed directly to the inpatient treatment facility:

> Nova Behavioral Health
> 732 Beckman Street
> Dayton, Ohio 45410

(4) Defendant Billy Gray SHALL remain at Nova Behavioral Health at all times and SHALL fully comply with and participate in the inpatient alcohol treatment program, until he is successfully discharged.  Failure to abide by and successfully complete all requirements of the treatment program shall constitute a bond violation; and

(5) If Defendant Billy Gray fully and successfully participates and completes the inpatient alcohol treatment program, Defendant shall be released on bond pending sentencing.[1]  The Court reimposes all prior bond conditions that were in effect prior to Defendant's bond revocation, but amends the condition regarding alcohol use, such that Defendant SHALL NOT use alcohol <u>at all</u>, going forward.

**IT IS SO ORDERED.**

Date: 12/28/2020

*Timothy S. Black*
Timothy S. Black
United States District Judge

---

[1] In light of Defendant's participation in inpatient treatment, the Court VACATES the January 7, 2021 sentencing hearing, to be rescheduled after Defendant completes the inpatient program.